ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/3/2025 6:01 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/3/2025 6:01:54 PM
CHRISTOPHER A. PRINE
Clerk

THE LAW OFFICE OF

## AUDREY MULLERT VICKNAIR

555 N. CARANCAHUA STREET, SUITE 1400
CORPUS CHRISTI, TEXAS 78401

www.vicknairlaw.com

TELEPHONE: (361) 884-5400
TELECOPIER: (361) 884-5401
E-MAIL: avicknair@vicknairlaw.com

BOARD CERTIFIED
CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

June 3, 2025

Hon. Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: No. 15-25-00060-CV, *Marvin Glenn Berry and Bonnie Berry as successor in interest to Dennis Wayne Berry v. Albert Theodore Powers and Allied Ports LLC*

Dear Mr. Prine,

Please let this letter serve to apprise the Court that the record is not complete in this case. Appellants timely requested the Reporter's Record. While some volumes were filed on May 29, 2025, an additional proceeding requested by Appellants was not included. The undersigned discovered this yesterday and contacted the Official Court Reporter. The reporter who took that proceeding has now been located. The balance of the record is forthcoming.

Respectfully,

*/s/ Audrey Mullert Vicknair*

Audrey Mullert Vicknair
Counsel for Appellants

Cc:
All attorneys of record in this cause

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Audrey Vicknair
Bar No. 14650500
avicknair@vicknairlaw.com
Envelope ID: 101580713
Filing Code Description: Letter
Filing Description: Letter advising of record status
Status as of 6/4/2025 7:01 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael R.Absmeier | | mabsmeier@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Rosa Brennan | | rbrennan@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Roxanne Graham | | rgraham@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Bruce Baldree | | bbaldree@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Michelle Bultman | | MBultman@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Jesse Crochet | | jcrochet@beckredden.com | 6/3/2025 6:01:54 PM | SENT |
| Sydney Ballesteros | | sballesteros@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Cameron Roth | | CRoth@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Barrett Reasoner | | breasoner@gibbsbruns.com | 6/3/2025 6:01:54 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 6/3/2025 6:01:54 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 6/3/2025 6:01:54 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 6/3/2025 6:01:54 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 6/3/2025 6:01:54 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 6/3/2025 6:01:54 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 6/3/2025 6:01:54 PM | SENT |
| Anna Erickson | | aerickson@beckredden.com | 6/3/2025 6:01:54 PM | SENT |